UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Honeywell International Inc., Plaintiff, v. Cummins Engine Company, Inc., Defendant. | STIPULATION AND ORDER OF DISMISSAL<br>00 CV 1375 (DDA/FLN) |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Honeywell hereby voluntarily dismisses its Complaint in the above-captioned matter. By their signatures below, and under Rule 41(a)(1) all parties stipulate and agree that this dismissal is without prejudice.

Dated: October 3, 2000

Lori D. Semke
Flynn & Gaskins LLP
**FLYNN & GASKINS**, L.L.P.
29th Floor, 333 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 333-9500
Fax: (612) 333-9579

Attorneys for Plaintiff
Honeywell International, Inc.

Joseph Perkins
Cummins Engine Company, Inc,
500 Jackson Street
Columbus, Indiana

Telephone: (812) 377-3192
Fax: (812) 377-3272

Attorney for Defendant
Cummins Engine Company, Inc.

So Ordered:

Senior Judge Donald D. Alsop

FILED OCT 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______